# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO CHAVEZ,<br><br>Defendant. | Case No.  20-cr-2137-LAB<br><br>**ORDER AND JUDGMENT FOR THE DISMISSAL OF THE INFORMATION** |

Based upon the Motion of the United States, and good cause appearing therefor, it is hereby:

ORDERED that the United States' motion to dismiss the Criminal Information, Docket No. 16, is GRANTED and this action is hereby dismissed without prejudice.

DATED: September 9, 2020

_____for_____
HON. LARRY ALAN BURNS
CHIEF U.S. DISTRICT JUDGE